For these reasons, the order denying the motion to set aside the default judgment is reversed and the cause is remanded with directions to the trial court to vacate the judgment and for further proceedings not inconsistent with the views expressed herein.

Order reversed and remanded with directions.

BURMAN and DIERINGER, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LUTHER SANDERS, Defendant-Appellant.

(No. 52324; ▮▮▮▮▮▮

First District—June 24, 1971.

*Abstract of Decision*

Melvin B. Goldberg, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Arthur L. Belkind, Assistant State's Attorneys, of counsel,) for the People.